IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INGRID FISHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMMONWEALTH FINANCIAL SYSTEMS, INC., et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 12-3834 |

## ORDER

**AND NOW**, this 31st day of January 2013, upon consideration of Plaintiffs' Motion for Entry of Default Judgment (Doc. No. 9) and the Evidentiary Hearing held on this date, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Entry of Default Judgment is **GRANTED**.

2. Judgment is entered in favor of Plaintiff Ingrid M. Fisher and against Defendants Commonwealth Financial Systems, Inc. and Northeast Credit and Collections, Inc. individually, jointly, and severally for violation of the Fair Debt Collection Practices Act, in the amount of $1,000 for statutory damages and $4,000 for actual damages.

3. Judgment is entered in favor of Plaintiff Sylvia Ayler and against Defendants Commonwealth Financial Systems, Inc. and Northeast Credit and Collections, Inc. individually, jointly, and severally for violation of the Fair Debt Collection Practices Act, in the amount of $1,000 for statutory damages.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 3/19/13
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

4. Judgment is entered in favor of Plaintiffs and against Defendants Commonwealth Financial Systems, Inc. and Northeast Credit and Collections, Inc. individually, jointly, and severally in the amount of $9,529.87 for attorneys' fees and costs.

5. Based upon the above Judgments, Judgment is entered in favor of Plaintiffs and against Defendants Commonwealth Financial Systems, Inc. and Northeast Credit and Collections, Inc. individually, jointly, and severally for violation of the Fair Debt Collection Practices Act in the total amount of $15,529.87.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.